Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes to reverse and grant the motion.

LOUISE WOOD, Respondent, v. JOHN S. WOOD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between VICTOR TARELLO, Respondent, and JOHN A. JOHNSON CONTRACTING CORPORATION, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 903.]

In the Matter of the Arbitration between MAX OLTARSH, Individually and on Behalf of MAX OLTARSH et al., Doing Business under the Name of J. OLTARSH, et al., Respondents, and WILLIAM T. HALSTED, as Executor of DAVID P. BRYSON, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 903.]

TOBY SCHECHTER, Appellant, v. VICTOR SCHECHTER, Respondent.— Order, so far as appealed from, affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant counsel fee so that the interests of the infant may be adequately protected.

DARLING STORES CORPORATION, as a Stockholder of WILLIAM BEATUS, INC., Respondent, v. WILLIAM BEATUS et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DARLING STORES CORPORATION, as a Stockholder of WILLIAM BEATUS, INC., Respondent, v. WILLIAM BEATUS et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SIGMUND PINES et al., Respondents, v. LAWRENCE J. BECK, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MADELINE CLARKIN, Appellant, v. THOMAS C. CLARKIN, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS SCHREIBER, Respondent, v. PAUL HIRSHON et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MICHAEL HUZINEK, Appellant, v. EAST SIDE OMNIBUS CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 965.]

In the Matter of the Arbitration between CORNELIUS J. WHITE and HAROLD G. ARON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 760.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.